✎ AO 455 (Rev. 12/03) Waiver of Indictment

FILED

MAY 2 9 2008

# UNITED STATES DISTRICT COURT

**SOUTHERN** _____ DISTRICT OF _____ **CALIFORNIA**

UNITED STATES OF AMERICA

V.

## WAIVER OF INDICTMENT

_Adrian Gutierrez Ruiz_

CASE NUMBER: _O7CR1736-W_

I, _Adrian Gutierrez-Ruiz_, the above named defendant, who is accused of

Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _5/29/08_ _____ prosecution by indictment and consent that the pro-
_Date_

ceeding may be by information rather than by indictment.

_____
_Defendant_

_____
_Counsel for Defendant_

Before _____
_Judge_

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd